In the interest of B.E.D., J.N.D., J.R.D. and B.C.D.,

C.D. (Mother), Appellant,

v.

Juvenile Officer, Respondent.

No. WD 75071.

Missouri Court of Appeals, Western District.

Jan. 2, 2013.

Steven E. Skinner, Maryville, MO, for appellant.

David A. Baird, Maryville, MO, for respondent.

Before Division One: THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

C.D. ("Mother") appeals the trial court's judgment terminating her parental rights. Mother contends that the court erred in that: (1) it did not make a specific finding, pursuant to section 211.447.7, that the termination of her parental rights was in the best interest of her children, and (2) the evidence would not support a finding that termination was in the best interest of the children. We affirm. Rule 84.16(b). A memorandum explaining our decision has been provided to the parties.